```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

IN BEHALF OF THE ESTATE OF
BENJAMIN DAVIS; which includes
beneficiaries RUBY KENNARD,
TOYA SELF, ALMA HARWOOD,
KENNDRA KARLOSKI and DERRICK
DAVIS                                                    PLAINTIFF

v.                       Case No. 5:10-CV-05185

HARLEY-DAVIDSON, INC.; HARLEY-
DAVIDSON MOTOR CO., INC.;
HARLEY-DAVIDSON MOTOR COMPANY
OPERATIONS, INC.; HARLEY-
DAVIDSON MOTOR COMPANY, INC.;
HARLEY-DAVIDSON MOTOR COMPANY;
HARLEY-DAVIDSON MOTOR CO.; BILL
ALLEN MOTOR CYCLE CO., LLC; and
HARLEY-DAVIDSON MOTOR COMPANY
GROUP, INC.                                              DEFENDANTS

## ORDER

Currently before the Court is Plaintiff's Motion to Dismiss Plaintiff's Cause of Action Pursuant to F.R.C.P. 41(a)(1)(i) (Doc. 13). Counsel for Defendants have advised they have no objections. The Court finds that a dismissal under Fed. R. Civ. P. 41(a)(1)(i) is not appropriate in this case as Defendants have already filed answers (Docs. 6, 11) to Plaintiff's Complaint. However, upon due consideration, and the Defendants having no objections, Plaintiff's cause of action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own fees and costs.

IT IS SO ORDERED this 17th day of March 2011.

                                                <u>/s/ Paul K. Holmes, III</u>
                                                Paul K. Holmes, III
                                                United States District Judge

Case 5:10-cv-05185-PKH   Document 15   Filed 03/17/11   Page 2 of 2 PageID #: 60